UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VIDAL,

           Plaintiff,

-against-

CORRECTION OFFICER C. LAMPON,
CORRECTION OFFICER R. COCUZZA,
CORRECTION OFFICER WESLEY,
CORRECTION OFFICER MOREL,
SERGEANT DRAGOON,

           Defendants.

16 Civ. 5006 (JCM)

## VERDICT FORM

**Question 1:**

Has Plaintiff proven by a preponderance of the evidence that any of the following defendants used excessive force against him?

| Defendant | YES | NO |
|---|---|---|
| Defendant Carlos Lampon: | | X |
| Defendant Mark Wesley: | | X |
| Defendant Robert Cocuzza: | | X |
| Defendant Jose Morel: | | X |
| Defendant Michael Dragoon: | | X |

*If you answered "NO" in Question 1 as to ALL defendants, your deliberations are finished. The foreperson should sign and date the form on the last page and tell the Courtroom Deputy that the jury has reached a verdict.*

*If you answered "YES" in Question 1 as to ANY defendant, please proceed to Question 2.*

**Question 5:**

If you have found that Plaintiff proved his claims against any defendant in Question 1 or Question 2, but have found that Plaintiff has not proved compensatory damages, you must award nominal damages. What amount of nominal damages, not to exceed one dollar, do you award Plaintiff?

$ _____

*Please proceed to Question 6.*

**Question 6:**

Has Plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages against any of the following defendants? If YES, please write the amount of punitive damages you are awarding Plaintiff based on the conduct of that defendant. *Only answer with respect to defendant(s) as to whom you answered "YES" in Question 1 or Question 2.*

| Defendant | YES | NO | Amount |
|---|---|---|---|
| Defendant Carlos Lampon: | ____ | ____ | $ _____ |
| Defendant Mark Wesley: | ____ | ____ | $ _____ |
| Defendant Robert Cocuzza: | ____ | ____ | $ _____ |
| Defendant Jose Morel: | ____ | ____ | $ _____ |
| Defendant Michael Dragoon: | ____ | ____ | $ _____ |

*You have completed your jury deliberations. The foreperson should sign and date the verdict form and return it to the Courtroom Deputy.*

Signature of Foreperson: [signature]   Date: 7/18/18

3